IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA KRITZER, NICK WATSON, BILL JOHNSON, AND RHONDA BURKEEN, | § § § § | |
| Plaintiffs | § § | |
| vs. | § § | C.A. NO. 4:10-CV-01854 |
| TRANSOCEAN, LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; BP PRODUCTS NORTH AMERICAN, INC.; BP EXPLORATION AND PRODUCTION, INC.; BP, PLLC; BP CORPORATION NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; SPERRY-SUN DRILLING SERVICES, INC.; AND CAMERON INTERNATIONAL CORPORATION d/b/a CAMERON SYSTEMS CORPORATION, | § § § § § § § § § § § § § | JURY DEMANDED |
| Defendants | § | |

## Plaintiffs' Certificate of Interested Parties

Plaintiffs submit this certificate pursuant to the Court's Order for Conference and Disclosure of Interested Parties.

**I.   Plaintiffs**

   Joshua Kitzer
   Bill Johnson
   Rhonda Burkeen, wife of Aaron Dale Burkeen and personal representative of minor children AB and TB
   Nickalus Watson
   Heath Lambert
   Coby Richard
   Brett Guillory
   Dustin Johnnson
   Stenson Roarke
   Denise Arnold

Jacquelyn Duncan
Cathleena Willis

## II. **Defendants**

Transocean Entities

    $ Transocean Offshore, Ltd.

    $ Transocean Offshore Deepwater Drilling, Inc.

    $ Transocean Deepwater, Inc.

BP entities

    $ BP Products North America,Inc.

    $ BP Exploration and Production, Inc.

    $ BP, LLC

    $ BP Corporation North America, Inc.

Halliburton Energy Services, Inc.

Sperry-Sun Drilling Services, Inc.

Cameron International Corporation d/b/a Cameron Systems Corporation

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold
State Bar No. 24036150
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:   (713) 222-3800
Facsimile:   (713) 222-3850

**ATTORNEYS FOR PLAINTIFFS**

OF COUNSEL:
Jason Itkin
State Bar No. 24032461
Cory Itkin
State Bar No. 24050808
Robert P. Wynne
State Bar No. 24060861
Paul Skrabanek
State Bar No. 24063005
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:     (713) 222-3800
Facsimile:     (713) 222-3850

Jay M. Kilpatrick
YOUNG WILLIAMS P.A.
210 E. Capitol Street, Suite 2000
Jackson, Mississippi
Telephone:     (601) 948-6100
Telefax:        (601) 355-6136

**CO-COUNSEL FOR RHONDA BURKEEN, INDIVIDUALLY,
AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE
OF AARON DALE BURKEEN AND ON BEHALF OF ALL HEIRS,
AND AS PERSONAL REPRESENTATIVE FOR HER MINOR SON,
TIMOTHY BURKEEN**

Ryan Zehl
Texas Bar No. 24047166
Bryant Fitts
Texas Bar No. 24040904
FITTS ZEHL LLP
Galleria Tower 1
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Telephone:     (713) 491-6064
Telefax:        (713) 583-1492

**CO-COUNSEL FOR NICKALUS WATSON**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure on this 10th day of June, 2010.

                              */s/ Kurt B. Arnold*
                              _____
                              Kurt B. Arnold